1  MARY KATE SULLIVAN (State Bar No. 180203)
   ALISA A. GIVENTAL (State Bar No. 273551)
2  aag@severson.com
   MEGAN F. CLARK (State Bar No. 301476)
3  mfc@severson.com
   SEVERSON & WERSON
4  A Professional Corporation
   One Embarcadero Center, Suite 2600
5  San Francisco, California 94111
   Telephone: (415) 398-3344
6  Facsimile: (415) 956-0439

7  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LISA ANDREWS, | Case No. 2:18-CV-02573 WBS-CKD |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO INITIAL COMPLAINT** |
| vs. | |
| WELLS FARGO BANK, N.A. and EQUIFAX INFORMATION SERVICES LLC, | Filed concurrently with [Proposed] Order |
| Defendants. | Action Filed: September 19, 2018 |

Pursuant to United States District Court, Eastern District of California, Civil Local Rule 144, which provides that extensions of time beyond an initial 28-day extension to respond to the Complaint must be approved by the Court,

IT IS HEREBY STIPULATED by and between Plaintiff LISA ANDREWS ("Plaintiff"), through her undersigned counsel, and Defendant Wells Fargo Bank, N.A. ("Defendant"), by and through its undersigned counsel, that Defendant may have a 60-day extension of time to file a response to Plaintiff's Complaint, currently due on November 21, 2018, to January 21, 2019. The parties previously stipulated to a 28-day extension from October 25, 2018 to November 21, 2018. A further extension is being requested because the parties are actively engaged in settlement

negotiations in an attempt to resolve this matter without further intervention of the Court. The extension sought is for 60-days because of a number of upcoming holidays. This extension of time will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

/ / /

DATED: November 16, 2018     C.O. LAW, APC

By: */s/ Clark Ovruchesky*
Clark Ovruchesky

Attorneys for Plaintiff LISA ANDREWS

DATED: November 16, 2018     SEVERSON & WERSON
A Professional Corporation

By: */s/ Megan F. Clark*
Megan F. Clark

Attorneys for Defendant WELLS FARGO BANK, N.A.

I, Megan F. Clark, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Clark Ovruchesky has concurred in this filing.

By: */s/ Megan F. Clark*

## ORDER

For the reasons stated in the parties' stipulation, and good cause appearing, the deadline for Defendant Wells Fargo Bank, N.A. to file a responsive pleading is hereby CONTINUED to January 21, 2019.

IT IS SO ORDERED.

Dated: November 20, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE