**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
3148 Midway Dr., Suite 203
San Diego, CA 92110
Telephone: (619) 356-8960
Facsimile: (619) 330-7610

*Attorneys for Plaintiff*,
Lisa Andrews

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ANDREWS,<br><br>**Plaintiff,**<br><br>v.<br><br>WELLS FARGO BANK, N.A. ET AL.,<br><br>**Defendants.** | Case No.: 18-cv-2573-WBS-CKD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL OF ENTIRE CASE, WITH PREJUDICE |

    Plaintiff Lisa Andrews (hereinafter "Plaintiff") and Defendants Equifax Information Services LLC (hereinafter "Equifax") and Wells Fargo Bank, N.A. (hereinafter "WFBNA") (jointly hereinafter referred to as "the Parties"), hereby move to dismiss this entire action, with prejudice. The Parties agree this Court can proceed to dismiss this action with prejudice, with each party to bear its own fees and costs.

| | | |
|---|---|---|
| Dated: | February 20, 2019 | Respectfully submitted, |

By: */s/ Clark Ovruchesky*
       Clark Ovruchesky, Esq.

Attorney for Plaintiff
LISA ANDREWS

| | | |
|---|---|---|
| Dated: | February 20, 2019 | Respectfully submitted, |

By: *s/ Megan F. Clark*
       Megan F. Clark, Esq.

Attorney for Defendant
WELLS FARGO BANK, N.A.

| | | |
|---|---|---|
| Dated: | February 20, 2019 | Respectfully submitted, |

By: */s/ Thomas P. Quinn, Jr.*
       Thomas P. Quinn, Jr., Esq.

Attorney for Defendant
EQUIFAX INFORMATION SERVICES LLC

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

Dated: February 19, 2019            **C.O. LAW, APC**

                                         By:     /s/ Clark Ovruchesky
                                                 Clark Ovruchesky
                                                 ATTORNEYS FOR PLAINTIFF

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED this entire case is **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs.

DATED: FEBRUARY 20, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is C.O. LAW, APC, 3148 Midway Dr. Suite 203, San Diego, California 92110. On February 19, 2019, I served the within document(s):

- **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ENTIRE CASE, WITH PREJUDICE**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on February 19, 2019, in San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF

**PROOF OF SERVICE**